**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**,

v.

**LUIS CARTAGENA CABEZUDO**

Defendant.

CRIM. NO. 25-365 (RAM)

**ORDER OF DETENTION**

Defendant was on conditions of release pending trial. See Docket No. 294. On April 6, 2026, Defendant filed a motion seeking to surrender to the U.S. Marshals so that he could be detained pending trial. Docket No. 489. The motion was granted and Defendant was ordered to surrender by April 10, 2026. Docket No. 491. On April 7, 2026, the United States Probation Office (USPO) filed a motion informing of Defendant's violations of his conditions of bail. Docket No. 493. An arrest warrant was issued. Docket No. 494. Defendant was arrested and brought before the Court for initial appearance on August 14, 2026. Docket No. 732.

Defendant filed a waiver of the bail revocation hearing on August 18, 2026. Docket No. 744. Pursuant to the Bail Reform Act, the Court "shall enter an order of revocation and detention if, after a hearing," the Court finds (1) probable cause to believe that the defendant committed a crime while on release, or clear and convincing evidence that the defendant violated any other condition of release,

and that (2) no conditions will reasonably assure that the defendant will not flee or pose a danger or the person is unlikely to abide by conditions of release. 18 U.S.C. § 3148(b). Pursuant to the motion filed by the USPO, Defendant engaged in new criminal conduct while on bail. Because Defendant did not contest the alleged violations of bail, I find that there is probable cause that Defendant engaged in new criminal conduct and that there are no conditions to reasonably assure the safety of others, including that of his consensual partner. Defendant's bail is revoked and he is ordered detained pending trial.

IT IS SO ORDERED.
In San Juan, Puerto Rico, this 20th day of August, 2026.

s/ Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge